UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ELIJAH MONROE FORD,

     Plaintiff,

                                Case No. 1:25-cv-1150

v.

                                HON. JANE M. BECKERING

JEFFREY S. GETTING, et al.,

     Defendants.

_____/


## **ORDER**

This is a civil action filed by a *pro se* litigant.  Defendant Jeffrey S. Getting filed a Motion to Dismiss (ECF No. 5).  Defendants Kalamazoo Department of Public Safety, Dave Boysen, Matthew Huber, David Juday, Victor Green, and Ryan Tibbets filed a Motion to Dismiss (ECF No. 11).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 13) on June 2, 2026, recommending that the motions be granted and that the Court dismiss the unnamed Defendants.  The Report and Recommendation was duly served on the parties that have appeared to date.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 13) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions to Dismiss (ECF Nos. 5 & 11) are GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.


Dated: June 24, 2026                              /s/ Jane M. Beckering
                                                  JANE M. BECKERING
                                                  United States District Judge